UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                                                    Case No: 14-30466-DHW
YOLANDA JOHNSON                                                                                      Chapter 13
          Debtor(s)

## TRUSTEE'S SUMMARY OF CONFIRMED CHAPTER 13 PLAN

The debtor's Chapter 13 case was filed on February 26, 2014.  A summary of the plan or the final modification was transmitted to the creditors under Fed. R. Bankr. P. 3015.  The Confirmation hearing for the debtor(s) plan was held on Monday, May 19, 2014, and on that date the Court ordered the plan confirmed.

Following is a Summary of the plan as confirmed by the Court.

1.  Payments and Length of Plan:

    Amount of debtor(s) plan payments:
    **DEBTOR PAY SCHEDULE**

| DEBTOR NAME | PAYEE NAME | AMOUNT | FREQUENCY | START DATE |
|---|---|---|---|---|
| YOLANDA JOHNSON | YOLANDA JOHNSON | 234.00 | MONTHLY | 03/28/2014 |

    Period of payments: 55 months or until 0.00% is paid on allowed unsecured claims.

    Payable to:    **Chapter 13 Trustee**
                   **P. O. Box 613108**
                   **MEMPHIS TN  38101-3108**

2.  Senior expenses and Administrative claims to be paid:

### ADMINISTRATIVE EXPENSES

| | | |
|---|---|---|
| Debtor's Attorney | Attorney's Fee Allowed | $3,000.00 |
| Chapter 13 Trustee | Notice Fee @ $.50 per copy | $0.00 |
| Chapter 13 Trustee | Trustee Administrative Fee | $0.00 |
| Clerk of  Court | Filing Fee | $0.00 |

### SECURED, PRIORITY AND SPECIAL CLAIMS

**Secured**

| Creditor | 910/365 | Collateral Value | Interest | Payment |
|---|---|---|---|---|
| CAP ONE AUTO | Y | $7,450.00 | 4.75 % | $165.42 |

3.  Payments on allowed unsecured claims (including undersecured claims) will be made after senior expenses and claims are paid.

Dated this Wednesday, May 28, 2014.                    /s/ *Curtis C. Reding.*
                                                       Curtis C. Reding
                                                       Chapter Thirteen Trustee

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document on all parties in interest, by either electronic mail or by placing them in the United States Mail, postage prepaid, and properly addressed, this Wednesday, May 28, 2014.

                                                       /s/ *Curtis C. Reding*
                                                       Curtis C. Reding
                                                       Chapter Thirteen Trustee