UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re  Case No. 14–30466
Chapter 13
Yolanda Johnson

    Debtor

**ORDER**

This case is before the court on the following matter:

*24* – Rule 9007 Motion/Notice/Objection: Motion to Modify Plan Post Confirmation filed by Joshua C. Milam on behalf of Yolanda Johnson. Responses due by 02/9/2015. (Attachments: # 1 Amended Plan) (Milam, Joshua)

It appears that notice has been given pursuant to LBR 9007–1 and that no response has been filed. Accordingly, it is

**ORDERED,** that the motion/objection is **GRANTED** according to the terms stated.

Dated: February 10, 2015

    /s/ Dwight H. Williams Jr.
    United States Bankruptcy Judge